STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN (123806)
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOEY JACOB LAVATO

FILED

SEP 1 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00589-LHK (HRL) |
|---|---|---|
| Plaintiff, | ) | No. CR 13-00222-LHK (HRL) |
| vs. | ) | [~~PROPOSED~~] ORDER ON STIPULATION TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE |
| JOEY JACOB LAVATO, | ) | |
| Defendant. | ) | |

1.   Mr. Lavato is charged with violations of 18 U.S.C. §§ 1001 and 662 in cases CR 12-00589-LHK and CR 13-00222-LHK respectively.  On August 28, 2013, this Honorable Court ordered that Mr. Lavato be released on his own recognizance subject to various conditions, including the requirement that he reside in a halfway house until he finds a suitable residence and is fitted with an electronic monitoring device.

2.   Since his release, Mr. Lavato has secured a place, which is immediately available, at the Seventh Step Foundation, a residential drug treatment facility, located at 475 Medford Avenue, Hayward, California 94541.  If Mr. Lavato resides at and participates in treatment at the Seventh Step Foundation he will not be permitted to wear an electronic monitoring device.

PROPOSED] ORDER ON STIPULATION
TO MODIFY CONDITIONS OF RELEASE
AND APPEARANCE
CR 12-00589-LHK (HRL)
CR 13-00222-LHK (HRL)                                         1

3. The parties have requested that Mr. Lavato's conditions of release be modified to permit him to leave the halfway house and to move to the Seventh Step Foundation residential treatment facility, where he shall reside for at least six months or until graduation from the program, and additionally that the electronic monitoring condition currently in effect be removed.   4. United States Services Pretrial Services Officer Gelareh Farahmand has been consulted regarding the requested modifications and has no opposition.

IT IS SO ORDERED.

Dated: September 16, 2013

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

PROPOSED] ORDER ON STIPULATION
TO MODIFY CONDITIONS OF RELEASE
AND APPEARANCE
CR 12-00589-LHK (HRL)
CR 13-00222-LHK (HRL)                                2