BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP A. GUENTERT (CABN 147374)
Assistant United States Attorney

450 Golden Gate Avenue
11th Floor or Box 36055
San Francisco, California 94102
Telephone: (415) 436-7050
FAX: (415) 436-7234
Philip.guentert@usdoj.gov

Attorneys for United States of America

**FILED**

MAY 25 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 12-CR-00589 LHK |
| Plaintiff, ) | NOTICE OF DISMISSAL |
| v. ) | |
| JOEY JACOB LOVATO, ) | |
| Defendant. ) | |

With leave of the Court, by stipulation of the parties, and pursuant to Federal Rule of Criminal Procedure 48(a) and the plea agreement in case no. 13-CR-00222, the United States Attorney for the Northern District of California dismisses the indictment in the above-captioned case.

DATED: May 25, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

DAVID R. CALLAWAY / P.A.G.
DAVID R. CALLAWAY
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-CR-00589 LHK)

1 | Leave is granted to the government to dismiss the indictment.

3 | Date: 5/25/2016

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

NOTICE OF DISMISSAL (CR 12-CR-00589 LHK)